## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>RESTORO CYPRUS LIMITED (formerly known as RESTORO LIMITED), and<br><br>REIMAGE CYPRUS LIMITED (formerly known as REIMAGE LIMITED),<br><br>　　Defendants. | Case No. 1:24-cv-00735<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED ORDER FOR PERMANENT INJUNCTION, MONETARY JUDGMENT, AND OTHER RELIEF** |

　　Plaintiff, the Federal Trade Commission ("Commission" or "FTC"), and Defendants Restoro Cyprus Limited (formerly known as Restoro Limited) and Reimage Cyprus Limited (formerly known as Reimage Limited), through counsel, hereby jointly move the Court to enter the Stipulated Order filed herewith, and as grounds, state as follows:

1. A Complaint has been filed in this action along with the Stipulated Order.

2. The case is an action for injunctive and monetary relief alleging that Defendants violated the Federal Trade Commission Act, 15 U.S.C. §§ 45(a), 53(b) and 57b, and the Federal Trade Commission's Telemarketing Sales Rule, 16 C.F.R. Part 310.

3. All parties are represented by counsel.

4. The Stipulated Order includes both injunctive relief and a monetary judgment.

　　**WHEREFORE**, the Federal Trade Commission and Defendants respectfully request that the Court enter the Stipulated Order, attached hereto. The names of the attorneys who are entitled to be notified of entry of the Stipulated Orders are: Counsel for the Commission, Russell Deitch and Sung W. Kim; and Counsel for Defendants, John Villafranco, whose addresses are listed

1

below under their signatures.

                                      Respectfully submitted,

Dated: March 14, 2024            ___/s/ Russell Deitch_____
                                      Russell Deitch
                                      Sung W. Kim
                                      Federal Trade Commission
                                      600 Pennsylvania Avenue, N.W. CC-8528
                                      Washington, D.C. 20580
                                      (202) 326-2585; rdeitch@ftc.gov
                                      (202) 326-2211; skim6@ftc.gov
                                      Attorneys for Plaintiff
                                      FEDERAL TRADE COMMISSION


                                      ___/s/ John Villafranco_____
                                      John Villafranco
                                      Kelley Drye and Warren LLP
                                      Washington Harbor, Suite 400
                                      3050 K Street, N.W.
                                      Washington, D.C. 20007
                                      (202) 342-8423
                                      jvillafranco@kelleydrye.com
                                      Attorney for Restoro and Reimage

## **CERTIFICATE OF SERVICE**

I, Russell Deitch, hereby certify that on March 14, 2024, I transmitted the foregoing motion and attached proposed order via electronic mail to the following:

John Villafranco
Kelley Drye and Warren LLP
Washington Harbor, Suite 400
3050 K Street, N.W.
Washington, D.C. 20007
(202) 342-8423
jvillafranco@kelleydrye.com
Attorney for Restoro and Reimage

                                                                                                                       /s Russell Deitch_____
                                                                                                                       Russell Deitch